# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                              5:21-mj-1036-PRL

**KELLY MEGGS,**
    Defendant

## ORDER OF TEMPORARY DETENTION

A Detention Hearing for the above defendant is scheduled for the following:

| **Place:** United States Courthouse 207 N.W. Second Street Ocala, Florida 34475 | **Courtroom No:** 1A |
|---|---|
| | **Date and Time:** February 18, 2021 at TBD |

**IT IS ORDERED:** Pending this hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    February 17, 2021

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

United States Attorney
United States Marshal
United States Pretrial Services
Counsel for Defendant
Defendant c/o U.S. Marshal