AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **KELLY MEGGS** | ) | Case No.   $5:21-mj-1036-PRL$ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **KELLY MEGGS**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2 - Aiding and Abetting
18 U.S.C. § 371 -Conspiracy
18 U.S.C. § 1361 - Destruction of Government Property
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds Access

Robin M. Meriweather
2021.02.11 23:55:45
-05'00'

*Issuing officer's signature*

Date:     02/11/2021

City and state:     Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge

*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* $2/18/21$, and the person was arrested on *(date)* $2/17/21$ at *(city and state)* Dunnellon, Fl | | |
| Date: $2/18/21$ | FBI  *Arresting officer's signature* | |
| | FBI  *Printed name and title* | |